IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| WOODS TREE & AG SERVICES, LLC, | ) | |
| | ) | Cause No.  CV-21-34-JTJ |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER FOR DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| CORCORAN TRUCKING, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as fully and finally settled upon the merits.  Each party shall bear its own costs and attorneys' fees.

DATED this 1st  day of December, 2021.


_____
John Johnston
United States Magistrate Judge